Exhibit 1



# United States of America
### United States Patent and Trademark Office

# HOKA

**Reg. No. 4,503,041**

**Registered Mar. 25, 2014**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
250 COROMAR DRIVE
GOLETA, CA 93117

**Int. Cl.: 25**

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,983,462.

SN 85-846,514, FILED 2-11-2013.

NATALIE POLZER, EXAMINING ATTORNEY



Michelle K. Lee

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# HOKA

**Reg. No. 5,597,193**

**Registered Oct. 30, 2018**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Deckers Outdoor Corporation  (DELAWARE CORPORATION)
250 Coromar Drive
Goleta, CALIFORNIA 93117

CLASS 35: On-line retail store services featuring clothing and footwear

FIRST USE 8-23-2018; IN COMMERCE 8-23-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4383181, 4383182, 4918448

SER. NO. 87-647,047, FILED 10-16-2017



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# HOKA ONE ONE

**Reg. No. 4,383,181**

**Registered Aug. 13, 2013**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
495-A SOUTH FAIRVIEW AVENUE
GOLETA, CA 93117

**Int. Cl.: 25**

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,983,462.

SER. NO. 85-782,878, FILED 11-19-2012.

NATALIE POLZER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# HOKA ONE ONE

**Reg. No. 4,918,445**　DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
250 COROMAR DRIVE
**Registered Mar. 15, 2016**　GOLETA, CA 93117

**Int. Cl.: 25**　FOR: CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-10-2014; IN COMMERCE 5-10-2014.

**TRADEMARK**

**PRINCIPAL REGISTER**　THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,983,462.

SN 85-782,856, FILED 11-19-2012.

NATALIE POLZER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# HOKA ONE ONE

**Reg. No. 4,918,447**

**Registered Mar. 15, 2016**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
250 COROMAR DRIVE
GOLETA, CA 93117

**Int. Cl.: 35**

FOR: ONLINE RETAIL STORE SERVICES FEATURING CLOTHING AND FOOTWEAR, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

FIRST USE 5-10-2014; IN COMMERCE 5-10-2014.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,983,462.

SN 85-782,892, FILED 11-19-2012.

NATALIE POLZER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,969,634**

**Registered May 31, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
250 COROMAR DRIVE
GOLETA, CA 93117

FOR: FOOTWEAR; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2016; IN COMMERCE 1-1-2016.

THE MARK CONSISTS OF THE DESIGN OF A BIRD.

SN 86-446,545, FILED 11-6-2014.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,147,817**

**Registered Feb. 21, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Deckers Outdoor Corporation (DELAWARE CORPORATION)
250 Coromar Drive
Goleta, CA 93117

CLASS 25: Footwear

FIRST USE 6-30-2015; IN COMMERCE 6-30-2015

The mark consists of "HOKA" with a bird design in the center of the "O".

SER. NO. 86-835,588, FILED 12-01-2015
CAROL A SPILS, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,918,448**

**Registered Mar. 15, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
250 COROMAR DRIVE
GOLETA, CA 93117

FOR: ONLINE RETAIL STORE SERVICES FEATURING CLOTHING AND FOOTWEAR, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-10-2014; IN COMMERCE 5-10-2014.

OWNER OF U.S. REG. NO. 3,983,462.

THE MARK CONSISTS OF THE WORDS "HOKA ONE ONE". THE WORDS "ONE" AND
"ONE" ARE STACKED ON TOP OF EACH OTHER. THERE IS A BIRD DESIGN INSIDE THE
LETTER "O" IN "HOKA".

SN 85-782,956, FILED 11-19-2012.

NATALIE POLZER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,383,182**

**Registered Aug. 13, 2013**

**Amended June 14, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
250 COROMAR DRIVE
GOLETA, CA 93117

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

OWNER OF U.S. REG. NO. 3,983,462.

THE MARK CONSISTS OF THE WORDS "HOKA ONE ONE". THE WORDS "ONE" AND "ONE" ARE STACKED ON TOP OF EACH OTHER. THERE IS A BIRD DESIGN INSIDE THE LETTER "O" IN "HOKA".

SER. NO. 85-782,906, FILED 11-19-2012.



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,918,446**

**Registered Mar. 15, 2016**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
250 COROMAR DRIVE
GOLETA, CA 93117

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-10-2014; IN COMMERCE 5-10-2014.

**TRADEMARK**

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NO. 3,983,462.

THE MARK CONSISTS OF THE WORDS "HOKA ONE ". THE WORDS "ONE" AND "ONE" ARE STACKED ON TOP OF EACH OTHER. THERE IS A BIRD DESIGN INSIDE THE LETTER "O" IN "HOKA".

SN 85-782,866, FILED 11-19-2012.

NATALIE POLZER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SKYSHELL

**Reg. No. 5,571,894**

**Registered Sep. 25, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Deckers Outdoor Corporation  (DELAWARE CORPORATION)
250 Coromar Drive
Goleta, CALIFORNIA 93117

CLASS 25: Footwear featuring waterproof technology

FIRST USE 7-15-2018; IN COMMERCE 7-15-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-585,854, FILED 08-28-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TIME TO FLY

**Reg. No. 5,100,477**

**Registered Dec. 13, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Deckers Outdoor Corporation (DELAWARE CORPORATION)
250 Coromar Drive
Goleta, CA 93117

CLASS 25: Footwear

FIRST USE 1-31-2010; IN COMMERCE 1-31-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-081,317, FILED 06-23-2016
ALICE MEDINA BENMAMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,050,925

Registered Jan. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# UGG

DECKERS OUTDOOR CORPORATION (DELA-
WARE CORPORATION)
495-A SOUTH FAIRVIEW AVENUE
GOLETA, CA 93117

FOR: MEN'S, WOMEN'S AND CHILDREN'S
FOOTWEAR, NAMELY, BOOTS, SHOES, CLOGS,
SLIPPERS; MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING, NAMELY, COATS, JACKETS,
PONCHOS; WOMEN'S CLOTHING, NAMELY,
SKIRTS, MUFFS; CHILDREN'S BUNTINGS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-28-1979; IN COMMERCE 12-28-1979.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-976,129, FILED 1-21-2005.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

Reg. No. 3,360,442

**United States Patent and Trademark Office**    Registered Dec. 25, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# UGG

DECKERS OUTDOOR CORPORATION (DELA-
WARE CORPORATION)
495-A SOUTH FAIRVIEW AVENUE
GOLETA, CA 93117

FOR: FOOTWEAR, NAMELY, SANDALS;
CLOTHING, NAMELY, VESTS, MITTENS,
SCARVES, HEADWEAR, CAPS, VISORS, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2005; IN COMMERCE 8-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,237,456 AND
1,973,743.

SN 78-551,479, FILED 1-21-2005.

COLLEEN KEARNEY, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 3,636,029
Registered June 9, 2009

## TRADEMARK
### PRINCIPAL REGISTER



DECKERS OUTDOOR CORPORATION (DELA-
WARE CORPORATION)
495-A S. FAIRVIEW AVE.
GOLETA, CA 93117

FOR: LEATHER BAGS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

THE MARK CONSISTS OF A CIRCULAR SUN-
BURST DESIGN WITH MULTIPLE EMANATING
RAYS.

SN 77-280,103, FILED 9-14-2007.

CAROLYN CATALDO, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22, and 41**

**United States Patent and Trademark Office**

Reg. No. 3,061,278

Registered Feb. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# UGG

DECKERS OUTDOOR CORPORATION (DELA-
WARE CORPORATION)
495-A SOUTH FAIRVIEW AVENUE
GOLETA, CA 93117

FOR: SHEEPSKIN HANDBAGS, CARRY-ON
BAGS, CLUTCH BAGS, DUFFLE BAGS, SHOULDER
BAGS, TOTE BAGS, BACKPACKS, DAYPACKS,
HANDBAGS, KNAPSACKS, POCKETBOOKS, PUR-
SES, SATCHELS AND WAIST PACKS, IN CLASS 18
(U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-29-2004; IN COMMERCE 6-29-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,973,743.

SN 78-976,555, FILED 1-15-2004.

STEVEN R. FINE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# TASMAN

**Reg. No. 7,544,904**

**Registered Oct. 22, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Deckers Outdoor Corporation  (DELAWARE CORPORATION)
250 Coromar Drive
Goleta, CALIFORNIA 93117

CLASS 25: Footwear

FIRST USE 9-1-1997; IN COMMERCE 9-1-1997

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-365,806, FILED 01-19-2024

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# TAZZ

**Reg. No. 7,544,905**

**Registered Oct. 22, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Deckers Outdoor Corporation (DELAWARE CORPORATION)
250 Coromar Drive
Goleta, CALIFORNIA 93117

CLASS 25: Footwear

FIRST USE 7-1-2021; IN COMMERCE 7-1-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-365,809, FILED 01-19-2024

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,624,595

## United States Patent and Trademark Office

Registered May 19, 2009

## TRADEMARK
### PRINCIPAL REGISTER



DECKERS OUTDOOR CORPORATION (DELA-WARE CORPORATION)
495-A S. FAIRVIEW AVE.
GOLETA, CA 93117

    FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 3-0-2006; IN COMMERCE 12-0-2006.

THE MARK CONSISTS OF A CIRCULAR SUN-BURST DESIGN WITH MULTIPLE EMANATING RAYS.

    SN 77-976,937, FILED 9-24-2007.

EMILY CARLSEN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,234,396**

**Registered Oct. 30, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
495-A S. FAIRVIEW AVENUE
GOLETA, CA 93117

FOR: FOOTWEAR; CLOTHING, NAMELY, SWEATERS, COATS, JACKETS, VESTS, PONCHOS, SNOW SUITS, SCARVES AND GLOVES; HEADWEAR; CHILDREN'S BUNTINGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 2,624,802, 3,360,442, AND OTHERS.

THE MARK CONSISTS OF THE LETTERS "UGG" IN STYLIZED FORM, THE MIDDLE "G" LARGER THAN THE FLANKING "U" AND "G".

SN 77-969,845, FILED 3-26-2010.

HEATHER BIDDULPH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,675,489**

**Registered Jan. 20, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
250 COROMAR DRIVE
GOLETA, CA 93117

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2009; IN COMMERCE 6-0-2009.

OWNER OF U.S. REG. NOS. 3,624,595, 3,636,029, AND 3,825,543.

THE MARK CONSISTS OF A CIRCULAR SUNBURST DESIGN WITH MULTIPLE EMANAT-
ING RAYS.

SER. NO. 86-346,817, FILED 7-24-2014.

BARBARA GAYNOR, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,394,947
Registered May 27, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## TEVA

THATCHER, MARK (UNITED STATES CITI-
ZEN), DBA TEVA SPORT
BOX 968
158 KACHINCE TRAIL
FLAGSTAFF, AZ 86002

FOR: SANDALS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4–12–1984; IN COMMERCE
4–12–1984.

SER. NO. 502,548, FILED 10–5–1984.

WILBUR C. DAVIS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,301,460

**United States Patent and Trademark Office**    Registered Dec. 21, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## TEVA

THATCHER, MARK (UNITED STATES CITI-
ZEN)
1245 COCHRAN AVENUE
FLAGSTAFF, AZ 86001

FOR: RETAIL STORES, MAIL ORDER SERV-
ICES, AND ON-LINE RETAIL STORE SERV-
ICES FEATURING SANDALS, CLOTHING,
AND VIDEOS, IN CLASS 35 (U.S. CLS. 100, 101
AND 102).

FIRST USE 4-0-1989; IN COMMERCE
4-0-1989.
OWNER OF U.S. REG. NOS. 1,394,947 AND
1,773,197.
"TEVA" IS THE HEBREW WORD FOR
"NATURE".

SER. NO. 75-423,488, FILED 1-26-1998.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,377,458

Registered Aug. 15, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## TEVA

THATCHER, MARK (UNITED STATES CITIZEN)
1245 COCHRAN AVENUE
FLAGSTAFF, AZ 86001

FOR: CLOTHING, NAMELY COATS, JACKETS, BATHING SUITS, TANK-TOPS, JEANS, PANTS, PULLOVERS, SHIRTS, SHORTS, SOCKS, BATHING TRUNKS, T-SHIRTS, VESTS, BELTS; FOOTWEAR, NAMELY, SANDALS, BABY FOOTWEAR, SLIPPERS, THONGS; AND HEADGEAR, NAMELY BERETS,

CAPS, HATS, AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8–8–1991; IN COMMERCE 8–8–1991.

OWNER OF U.S. REG. NOS. 1,394,947 AND 1,733,197.

SER. NO. 75–782,992, FILED 8–20–1999.

GARY THAYER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,699,476
Registered Mar. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## TEVA

THATCHER, MARK (UNITED STATES INDIVI-
  DUAL)
1245 COCHRAN AVENUE
FLAGSTAFF, AZ 86001

  FOR: FOOTWEAR, NAMELY, SNEAKERS,
SPORT SHOES, BOOTS, CASUAL SHOES, HIKING
BOOTS, WATER SHOES, BOOTIES, NEOPRENE
BOOTS, TRAIL HIKING BOOTS, SNOW SHOES,
BABY FOOTWEAR, SLIPPERS, THONGS, DRESS
SHOES, SKI SHOES, SHOES, SANDALS AND
BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-12-1984; IN COMMERCE 4-12-1984.

OWNER OF U.S. REG. NOS. 1,394,947, 2,377,458
AND OTHERS.

SER. NO. 76-238,323, FILED 4-10-2001.

JASON TURNER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# TEVA

**Reg. No. 6,201,013**

**Registered Nov. 17, 2020**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Deckers Outdoor Corporation  (DELAWARE CORPORATION)
250 Coromar Drive
Goleta, CALIFORNIA 93117

CLASS 18: Waist packs

FIRST USE 9-15-2019; IN COMMERCE 9-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1394947, 2377458, 2699476

The English translation of "TEVA" in the mark is "NATURE".

SER. NO. 88-155,633, FILED 10-15-2018



Director of the United States
Patent and Trademark Office



**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,321,025**

**Registered Feb. 22, 2000**

## TRADEMARK
### PRINCIPAL REGISTER



THATCHER, MARK (UNITED STATES CITIZEN)
1245 COCHRAN AVENUE
FLAGSTAFF, AZ 86001

   FOR: CLOTHING, NAMELY, COATS, JACKETS, BATHING SUITS, TANK-TOPS, JEANS, PANTS, PULLOVERS, SHIRTS, SHORTS, SOCKS, TRUNKS, T-SHIRTS, VESTS, BELTS; FOOTWEAR, NAMELY, SANDALS, BABY FOOTWEAR, SLIPPERS, THONGS; AND HEADGEAR, NAMELY, BERETS, CAPS, HATS, AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

   OWNER OF U.S. REG. NOS. 1,394,947 AND 2,072,410.

   SER. NO. 75-603,303, FILED 12-10-1998.

GARY THAYER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,072,410**

## United States Patent and Trademark Office

Registered June 17, 1997

## TRADEMARK
### PRINCIPAL REGISTER



THATCHER, MARK (UNITED STATES CITI-
ZEN)
1245 COCHRAN AVENUE
FLAGSTAFF, AZ 86001

FOR: CLOTHING, NAMELY, SHIRTS,
PANTS, SHORTS, JACKETS, T-SHIRTS AND

FOOTWEAR, NAMELY, SANDALS, BOOTS,
SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 5-0-1995; IN COMMERCE
5-0-1995.

SN 74-678,065, FILED 5-22-1995.

KIM SAITO, EXAMINING ATTORNEY